No. 576. ROSENBLUM *v.* UNITED STATES; and

No. 577. ANSELL ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frederick H. Block* for petitioner in No. 576. *Bernard Austin* for petitioners in No. 577. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph M. Howard* for the United States. Reported below: 236 F. 2d 502.

No. 578. E. F. DREW & Co., INC., *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Samuel J. Loewenstein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 579. UNION OIL Co. OF CALIFORNIA ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *George D. Horning, Jr.* for the Union Oil Co. of California, and *Loftus E. Becker* for the Louisiana Land & Exploration Co., petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 580. BURKE ET AL. *v.* ADAMS DAIRY, INC. Supreme Court of Missouri. Certiorari denied. *Harry H. Craig* and *J. T. Wiley, Jr.* for petitioners. *J. Leonard Schermer* for respondent.

No. 581. ROLLINS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *James A. Jameson* for petitioner. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.